**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOSE GARCIA, *on behalf of himself and all other persons similarly situated*,

              Plaintiff,

  - against -                                     **JUDGMENT**
                                                                   CV 21-4972 (JS) (JMW)
WE MAKE DOUGH, INC., and RICHARD ALBANO d/b/a Richie's Pizza of Deer Park and Commack,

              Defendants.
------------------------------------------------------------------X

     A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on August 1, 2022, accepting Defendant We Make Dough, Inc.'s July 29, 2022 offer to allow entry of judgment against it and in favor of Plaintiff in the amount of $25,000.00, inclusive of costs and reasonable attorney's fees incurred as of the date of the offer, in complete satisfaction of all claims against all Defendants, it is

     **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Jose Garcia and against Defendant We Make Dough, Inc., in the amount of $25,000.00, inclusive of costs and reasonable attorney's fees incurred as of the date of the offer, in complete satisfaction of all claims against all Defendants; and that this case is closed.

Dated:  August 2, 2022
           Central Islip, New York

                                                       BRENNA B. MAHONEY
                                                       CLERK OF THE COURT

                                          By:    /s/ James J. Toritto
                                                        Deputy Clerk